**Robinson+Cole**

ABBY M. WARREN

One State Street
Hartford, CT 06103
Main (860) 275-8200
Fax (860) 275-8299
awarren@rc.com
Direct (860) 275-8215

Also admitted in New Jersey,
New York and Pennsylvania

*Via ECF*

September 19, 2024

The Honorable Omar A. Williams
Abraham Ribicoff Federal Building
United States Courthouse
450 Main Street
Hartford, CT 06103

Re:   *Sonya Kelepecz v. Children's Learning Centers of Fairfield County, Inc*.
      **Civil Action No. 3:21-CV-00136-OAW**

Dear Judge Williams:

We write to provide an update to the Court with respect to Children's Learning Centers of Fairfield, County, Inc.'s ("CLC") Motion to Compel Supplemental Discovery filed by undersigned counsel on September 13, 2024 (Dkt Entry No. 100) (the "Motion"). At the time counsel filed the Motion, counsel had attempted to confer with Plaintiff's counsel in a good faith effort to eliminate or reduce the area of controversy pursuant to Local Rule 37(a); however, Plaintiff's counsel did not respond.

On September 17, 2024, Plaintiff's counsel notified undersigned counsel that the Plaintiff intends to respond to CLC's supplemental interrogatories and requests for production. On September 19, 2024, Plaintiff's counsel stated that he would provide responses to CLC's supplemental discovery requests within seven (7) days, or by September 26, 2024. Therefore, to the extent that Plaintiff timely responds to CLC's supplemental discovery requests, CLC will not require a ruling on its Motion and will respectfully seek leave of Court to withdraw the Motion pursuant to Local Rule 83.6(a). Should Plaintiff's counsel fail to respond to CLC's supplemental discovery requests within the time which Plaintiff's counsel has indicated responses will be served, CLC will notify the Court and defer to the Court's discretion with regard to that issue.

Please do not hesitate to contact undersigned counsel with any questions. Thank you.

Boston | Hartford | New York | Washington, DC | Providence | Miami | Stamford | Wilmington | Philadelphia | Los Angeles | Albany | rc.com

Robinson & Cole LLP

# Robinson+Cole

September 19, 2024
Page 2


Sincerely,

*Abby Warren*

Abby M. Warren

cc:  Richard L. Pate, Esq. (Via ECF)
     Christopher A. Costain, Esq. (Via ECF)